10-CV-05773-CMP

FILED _____ LODGED
_____ RECEIVED

OCT 20 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Civil Rights Complaint (Rev. 03/08)

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

Edward M. Olsen
(Name of Plaintiff)

C10-5773 RBL/JRC

vs.

CIVIL RIGHTS COMPLAINT
UNDER 42 U.S.C. § 1983

Kitsap County Sheriff's Office, Jail

ConMed Health Care Management Inc.

(Names of Defendants)

## I. Previous Lawsuits:

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner: ☐ Yes ☒ No

B. If your answer to A is yes, how many?: ___N/A___ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff ___N/A___

Defendants ___N/A___

2. Court (give name of District)

___N/A___

1

3. Docket Number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. **Place of Present Confinement:** _Kitsap Co. Jail_

A. Is there a prisoner grievance procedure available at this institution?
☒ Yes    ☐ No

B. Have you filed any grievances concerning the facts relating to this complaint?
☒ Yes    ☐ No

If your answer is NO, explain why not _____

C. Is the grievance process completed?    ☒ Yes    ☐ No

If your answer is YES, **ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION** for any grievance concerning facts relating to this case.

III. Parties to this Complaint

A. Name of Plaintiff: _Edward M. Olsen_    Inmate No.: _2000844_
Address: _Kitsap Co Sheriffs Office (Jail) 614 Division St. MS-33_
_Port Orchard, Wa. 98366_
(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Name of Defendant: _Kitsap Co. Sheriff's Office (Jail)_
Official position: _____
Place of employment: _____
Address: _____

2

C. Additional defendants  Con Med Health Care Managment Inc.

## III. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

I have been incarcerated in Kitsap County Jail since 1/29/10 and have been denied medical and dental care by Conmed Health Care Managment Inc.

## IV. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

To help me be compensated for pain and suffering

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _1st_ day of _October_, _2010_.

_____
(Signature of Plaintiff)