UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDWARD M. OLSEN,

                Plaintiffs,

v.

KITSAP COUNTY, et al.,

                Defendants.

Case No. 10-5773RBL/JRC

ORDER ADOPTING THE REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    This action is DISMISSED WITH PREJUDICE for failure to file an amended complaint when ordered to do so.

(3)    The clerk is directed to send copies of this Order to Plaintiffs, and the Hon. J. Richard Creatura.

DATED this 31st day of January 2011.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ERROR! NO TEXT OF SPECIFIED STYLE IN DOCUMENT.- 1