# United States District Court

WESTERN DISTRICT OF WASHINGTON

EDWARD M. OLSEN,                             JUDGMENT IN A CIVIL CASE

v.

                                                             Case No. 10-5773RBL/JRC

KITSAP COUNTY, et al.,


____    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)      The Court adopts the Report and Recommendation; and

(2)      This action is DISMISSED WITH PREJUDICE for failure to file an amended complaint when ordered to do so.


      February 1, 2011                                   WILLIAM M. McCOOL
                 Date                                                     Clerk

                                                         *s/ Mary Trent*
                                                             Deputy Clerk